# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: June 18, 2015 |
| Court Reporter: Kara Spitler | Time: one hour and 9 minutes |
| Probation Officer: Lori Cross | Interpreter: Susana Cahill |

**CASE NO.  14-CR-00096-PAB-2 and 13-CR-00176-PAB**

Parties                                            Counsel

**UNITED STATES OF AMERICA,**                      Stephanie Podolak


       Plaintiff,

vs.

**2.  ALBERTO QUINTERO,**                          Eric Klein


       Defendant.

### SENTENCING and HEARING ON REVOCATION OF SUPERVISED RELEASE

**3:36 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**SENTENCING - 14-CR-00096-PAB-2**

Page Two
14-CR-00096-PAB-22 and
June 18, 2015

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Mr. Klein in support of Defendant Alberto Quintero's Motion for Non-Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) and comments addressing sentencing.

Argument by Ms. Podolak in support of the Government's Motion for a Sentence Reduction Pursuant to Section 5K1.1 of the Sentencing Guidelines and comments addressing sentencing.

Further comments by Mr. Klein.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Government's Motion for a Sentence Reduction Pursuant to Section 5K1.1 of the Sentencing Guidelines [Docket No. 1000], is **GRANTED**.

**ORDERED:**  Defendant Alberto Quintero's Motion for Non-Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) [Docket No.978], is **DENIED**.

Defendant entered his plea on **January 29, 2015** to count **Four of the Second Superseding Indictment.**

**ORDERED:**  Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **60** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado commensurate with his security classification** and recommends that he be allowed to participate in a Residential Drug Abuse Program (**RDAP**).

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

Page Three
14-CR-00096-PAB-2 and 13-CR-00176-PAB
June 18, 2015

**ORDERED:** **Conditions** of Supervised Release that:

(**X**)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(**X**)  While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

(**X**)  Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

(**X**)  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

()  Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:

(**X**)  Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

(**X**)  Defendant shall submit in person his person, property, residence, residence papers or office a search to the United States probation officer.  Failure to submit it a search may be grounds for revocation of release. Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that Mr. Russell has violated a condition of his supervision and that the areas to be 1searched contain evidence this of this violation.   Any search must be conducted as a reasonable time and in a reasonable manner.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Government's Motion For Application Of The Third Point For Acceptance of Responsibility [Docket No. 997], is **GRANTED.**

Page Four
14-CR-00096-PAB-2 and 13-CR-00176-PAB
June 18, 2015

**ORDERED:** Government's Motion To Dismiss Remaining Counts [Docket No. 999], is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

## REVOCATION OF SUPERVISED RELEASE - 13-CR-00176-PAB

**ORDERED:** The statement of facts in the Supervised Release Violation Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Mr. Klein advises that the defendant is prepared to admit to alleged violations and wishes to proceed to immediate sentencing.

No objection by Ms. Podolak.

Defendant **ADMITS** to the violations alleged in the Supervised Release Violation Report.

Mr. Klein addresses sentencing.

Ms. Podolak addresses sentencing.

Court states its findings and conclusions.

**ORDERED:** Supervised Release is **REVOKED**.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **24** months, to be served concurrently with sentence of imprisonment imposed in 14-CR-00096-PAB-2.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Page Five
14-CR-00096-PAB-2 and 13-CR-00176-PAB
June 18, 2015

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**4:43 p.m.     COURT IN RECESS**

**Total in court time:   69 minutes**

**Hearing concluded**