IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    ALBERTO QUINTERO,

    Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Remaining Counts [Docket No. 999]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 999] is granted. Counts Two, Five, Fourteen, Twenty-One, Thirty-Three, Forty-Five, Fifty, and Fifty-Four of the Second Superseding Indictment are dismissed as to defendant Alberto Quintero only.

DATED June 18, 2015.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge